1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9    WILLIE WEAVER,                          CASE NO. 1:06-CV-00446-AWI-SMS-P

10                        Plaintiff,          ORDER DISMISSING ACTION AS
                                              DUPLICATIVE OF CASE NUMBER 1:06-CV-
11        v.                                  00442-AWI-SMS-P

12   CALIFORNIA CORRECTIONAL                  (Doc. 1)
     INSTITUTION CONFINEMENT
13   SHU, et al.,

14                        Defendants.
     _____/
15

16        Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 18, 2006.  The complaint

18   in this action sets forth the same claims as those set forth in the complaint filed on April 17, 2006,

19   in case number 1:06-CV-00442-AWI-SMS-P.

20        Accordingly, this case is HEREBY DISMISSED on the ground that it is duplicative of case

21   number 1:06-CV-00442-AWI-SMS-P.

22
23
24   IT IS SO ORDERED.

25   **Dated:    June 27, 2006**               _____/s/ Anthony W. Ishii_____
     0m8i78                                    UNITED STATES DISTRICT JUDGE
26
27
28

1